Jerry Allen CLARK, Appellant,

v.

**Eric H. HOLDER, Jr., Attorney
General, Appellee.**

No. 2011–1505.

United States Court of Appeals,
Federal Circuit.

Nov. 23, 2011.

Jerry Allen Clark, Oklahoma City, OK, pro se.

Before BRYSON, SCHALL, and PROST, Circuit Judges.

## ON MOTION

PER CURIAM.

## ORDER

Jerry Allen Clark and the Attorney General respond to this court's August 4, 2011 show cause order.

Clark seeks to appeal from a magistrate's decision of the United States District Court for the Western District of Oklahoma recommending that Clark's petition for a writ of habeas corpus be denied. Clark's appeal does not fall within this court's jurisdiction. 28 U.S.C. § 1295.

Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case, but only to a court in which the appeal could have been brought at the time it was filed or noticed and only if transfer is "in the interest of justice[.]" Because the trial court has yet to issue final judgment, transfer to the United States Court of Appeals for the Tenth Circuit is inappropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are moot.